FILED by _____ D.C.

JUL 1 4 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

GUCCI AMERICA, INC., a New York
corporation,

        Plaintiff,

        v.

JRP GROUP INVESTMENTS, L.L.C., a
Florida limited liability company; JRP
GROUP, INCORPORATED, a Florida
corporation; XOTSHOES.COM CORP., a
Florida corporation, et al.

        Defendants.

Case No. **15-61456**

**FILED UNDER SEAL**  CIV-COHN

## DECLARATION OF STEPHEN M. GAFFIGAN IN SUPPORT OF
## PLAINTIFF'S EMERGENCY *EX PARTE* APPLICATIONS

I, Stephen M. Gaffigan, declare as follows:

1.    I am an attorney for the Plaintiff in the above captioned action and am duly authorized and licensed to practice law before all courts in the State of Florida, the Southern, Middle and Northern Districts of Florida, the Eastern District of Michigan, the District of Colorado, the Northern District of Illinois, the Eleventh Circuit Court of Appeals and Federal Circuit Court of Appeals. I am personally knowledgeable of the matters set forth in this Declaration and if called upon to do so, I could and would competently testify to the facts set forth below.

2.    On July 7, 2015, my office provided notice of the Plaintiff's application for an *ex parte* seizure order to the United States Attorney for the Southern District of Florida pursuant to 15 U.S.C. § 1116(d)(2). A true and correct copy of the letter sent by my office on July 7, 2015, providing notice to the United States Attorney for the Southern District of Florida is attached hereto as Exhibit "1."

3.    No member of my firm has publicized the Plaintiff's intent to seek entry of a

1

temporary restraining order and seizure order to any third party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the _____ day of July, 2015, at Fort Lauderdale, Florida.

STEPHEN M. GAFFIGAN

# EXHIBIT 1

LAW OFFICES

# STEPHEN M. GAFFIGAN, P.A.

401 East Las Olas Boulevard
Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:(954) 767-4819
Facsimile:(954) 767-4821

**July 7, 2015**

**Via Facsimile (305) 530-7679**
Wifredo A. Ferrer, Esq.
United States Attorney
For the Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

      **Re:**    **Gucci America, Inc. v. JRP Group Investments, LLC, et al.**

Dear Mr. Ferrer:

This firm represents Gucci America, Inc. ("Gucci"), in connection with its anti-counterfeiting matters, and is filing an emergency *ex parte* application for a seizure order, to be entered in the Southern District of Florida against the entities at the locations identified on the attached Schedule "A."

This correspondence is to provide you with notice of the requested seizure pursuant to 15 U.S.C. § 1116(d)(2).

Sincerely,

Stephen M. Gaffigan

SMG/dcp

7/7/2015 3:06 PM FROM: Stephen M. Gaffigan Stephen M. Gaffigan, P.A. TO: 13055507679 PAGE: 009 OF 009

Wifredo A. Ferrer, Esq.
July 7, 2015
Page 2

## SCHEDULE A

| NAMED DEFENDANT and ADDRESS | STORE NAME, # AND ADDRESS |
|---|---|
| JRP Group Investments, L.L.C.<br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | n/a |
| JRP Group, Incorporated<br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | n/a |
| XOTshoes.com Corp.<br>1515 NW 22 Street<br>Miami, Florida 33142<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | n/a/ |
| Sobe Shoe Company<br>609 Lincoln Road<br>Miami Beach, Florida 33139<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | XOTshoes.com (Store 13)<br>609 Lincoln Road<br>Miami Beach, Florida 33139 |
| South Beach Shoe Co.<br>1423 Washington Avenue<br>Miami Beach, Florida 33139<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | XOT Shoes (Store 1)<br>1423 Washington Avenue<br>Miami Beach, Florida 33139 |
| XOT of Westland Mall, Inc.<br>1675 West 49th Street | X.O.T (Store 3)<br>1675 West 49th Street |

7/7/2015 3:06 PM   FROM: Stephen M. Gaffigan Stephen M. Gaffigan, P.A.   TO: 13055307679   PAGE: 004 OF 005

Wifredo A. Ferrer, Esq.
July 7, 2015
Page 3

| | |
|---|---|
| Space 1528<br>Hialeah, Florida 33012<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | Space 1528<br>Hialeah, Florida 33012 |
| Mixx of Pembroke Gardens, Inc.<br>506 SW 145th Terrace<br>Pembroke Pines, Florida 33037<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | MIXX (Store 4)<br>506 SW 145th Terrace<br>Pembroke Pines, Florida 33037 |
| XOT Shoes of Sawgrass, Inc.<br>12801 West Sunrise Blvd.<br>#325<br>Sunrise, Florida 33323<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | X.O.T (Store 6)<br>12801 West Sunrise Blvd., #959<br>Sunrise, Florida 33323 |
| Mixx of Sawgrass Mills, Inc.<br>12801 West Sunrise Blvd.<br>#325<br>Sunrise, Florida 33323<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | MIXX (Store 7)<br>12801 West Sunrise Blvd., #325<br>Sunrise, Florida 33323 |
| X.O.T. of Pembroke Lakes Mall, Inc.<br>11401 Pines Blvd.<br>#544<br>Pembroke Pines, Florida 33026<br><br>1515 NW 22 Street | X.O.T (Store 9)<br>11401 Pines Blvd.<br>Pembroke Pines, Florida 33026 |

7/7/2015 3:06 PM  FROM: Stephen M. Gaffigan Stephen M. Gaffigan, P.A.   TO: 13055307679   PAGE: 005 OF 005

Wifredo A. Ferrer, Esq.
July 7, 2015
Page 4

| | |
|---|---|
| Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | |
| Scene of Lincoln Road, Inc.<br>828 Lincoln Road<br>Miami Beach, Florida 33139<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147 | Scene' (Store 11)<br>828 Lincoln Road<br>Miami Beach, Florida 33139 |
| J R P Group Holdings, Inc.<br>601 Silks Run<br>#1440<br>Hallandale, Florida 33009<br><br>501 South Federal Highway<br>Hallandale Beach, Florida 33009<br><br>1515 NW 22 Street<br>Miami, Florida<br><br>3341 NW 65th Street<br>Miami, Florida 33147<br><br>d/b/a Scene' d/b/a Scene of Gulfstream Park | Scene' (Store 14)<br>601 Silks Run<br>#1440<br>Hallandale Beach, Florida 33009<br><br>501 South Federal Highway<br>Hallandale Beach, Florida 33009 |
| Poco Paradiso<br>A business entity of unknown makeup<br>441 Lincoln Road<br>Miami Beach, Florida 33139 | Stage<br>441 Lincoln Road<br>Miami Beach, Florida 33139 |