UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

# 15-61456

GUCCI AMERICA, INC.,

    Plaintiffs,

vs.

FILED UNDER SEAL CIV-COHN

JRP GROUP INVESTMENTS, L.L.C., a
Florida limited liability company; JRP
GROUP, INCORPORATED, a Florida
corporation; XOTSHOES.COM CORP., a
Florida corporation, et al.

    Defendants.

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiff, Gucci America, Inc. ("Gucci"), by and through its undersigned counsel, hereby provides the following corporate disclosures and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including, subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to the parties:

    1.    CORPORATE DISCLOSURE

Gucci America, Inc. is a wholly owned subsidiary of Kering Americas, Inc., which is wholly owned by Kering Holland NV, which is wholly owned by Kering SA, which is a publicly traded corporation.

    2.    INTERESTED PARTIES

    a.  Gucci America, Inc.

    b.  Kering Americas, Inc.

    c.  Kering Holland NV

    d.  Kering SA

    e.  All Named Defendants

    f.  Counsel for Plaintiff

Dated: July 9th, 2015

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: _____
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net

Attorneys for Plaintiff,
Gucci America, Inc.

2