

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| GUCCI AMERICA, INC.,  a New York corporation | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JRP GROUP INVESTMENTS, L.L.C., et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

15-61456

CIV-COHN

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Poco Paradiso
A business entity of unknown makeup
441 Lincoln Road
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

Date: 7/14/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

)
)
)
)
)
)

_____
*Plaintiff(s)*

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

)
)
)
)
)
)
)

_____
*Defendant(s)*

Civil Action No.

**15-61456**

**CIV-COHN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   J R P Group Holdings, Inc.
By serving its Registered Agent: Joao Rpres Perez
1515 SW 22nd Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

*Patrice L. Christian*
_____
*Signature of Clerk or Deputy Clerk*

Date:   7/14/2015

*AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

_____
*Plaintiff(s)*

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

15-61456

Civil Action No.

CIV-COHN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mixx of Sawgrass Mills, Inc.
By serving its Registered Agent: Jayme R. Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

Date: 7/14/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| GUCCI AMERICA, INC.,  a New York corporation | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| JRP GROUP INVESTMENTS, L.L.C., et al. | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

**15-61456**

**CIV-COHN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XOT Shoes of Sawgrass, Inc.
By serving its Registered Agent:  Jayme R. Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

Date: 7/14/2015                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

)
)
)
)
)
_____
*Plaintiff(s)*
)
)
v.
)
)
JRP GROUP INVESTMENTS, L.L.C., et al.
)
)
)
)
_____
*Defendant(s)*
)
)

**15-61456**

Civil Action No.

**CIV-COHN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mixx of Pembroke Gardens, Inc.
By serving its Registered Agent:  Joao Rd Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

*CLERK OF COURT*

Date: 7/14/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

_____
*Plaintiff(s)*

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **15-61456**

**CIV-COHN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XOT of Westland Mall, Inc.
By serving its Registered Agent:  Joao R. Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
*CLERK OF COURT*

Date: 7/14/2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. )   Civil Action No: 15-61456
JRP GROUP INVESTMENTS, L.L.C., et al. )
)   CIV-COHN
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   South Beach Shoe Co.
By serving its Registered Agent:  Jayme P. Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date:  7/14/2015                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

_____
*Plaintiff(s)*

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

_____
*Defendant(s)*

Civil Action No.

# 15-61456
## CIV-COHN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sobe Shoe Company
By serving its Registered Agent: Joao Rvp Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 7/14/2015 _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

)
)
)
)
)

_Plaintiff(s)_

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

)
)
)
)
)
)
)

_Defendant(s)_

Civil Action No.

# 15-61456

# CIV-COHN

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  XOTshoes.com Corp.
By serving its Registered Agent: Jayme P. Perez
1515 NW 22 Street
Miami, Florida 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

_CLERK OF COURT_

Date: 7/14 2015

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

GUCCI AMERICA, INC.,  a New York corporation

)
)
)
)
)
)

*Plaintiff(s)*

v.

JRP GROUP INVESTMENTS, L.L.C., et al.

)
)
)
)
)

*Defendant(s)*

Civil Action No.

**15-61456**

**CIV-COHN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JRP Group Investments, L.L.C.
By serving its Registered Agent:  Joao Ramon Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date:  7/14/2015

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GUCCI AMERICA, INC.,  a New York corporation | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JRP GROUP INVESTMENTS, L.L.C., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

# 15-61456
# CIV-COHN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   X.O.T. of Pembroke Lakes Mall, Inc.
By serving its Registered Agent: Jayme Rpres Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 7/14/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| GUCCI AMERICA, INC.,  a New York corporation | ) ) ) ) ) | **15-61456** |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | **CIV-COHN** |
| JRP GROUP INVESTMENTS, L.L.C., et al. | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Scene of Lincoln Road, Inc.
By serving its Registered Agent:  Joao Rvp Perez
1515 NW 22 Street
Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
(954) 767-4819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 7/14 2015

_Signature of Clerk or Deputy Clerk_