IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61456-JIC/BSS

**GUCCI AMERICA, INC.**,

    **Plaintiff,**

v.

**JRP Group Investments, LLC** *a Florida limited liability company*; **JRP Group, Incorporated,** *a Florida corporation*; **Xotshoes.Com Corp.,** *a Florida corporation*; **Sobe Shoe Company,** *a Florida corporation*; **South Beach Shoe Co.,** *a Florida corporation*; **Xot of Westland Mall, Inc.** *a Florida corporation*; **MIXX of Pembroke Gardens, Inc.** *a Florida corporation*; **Xot Shoes of Sawgrass, Inc.** *a Florida corporation*; **MIXX of Sawgrass Mills, Inc.,** *a Florida corporation*; **X.O.T. of Pembroke Lakes Mall, Inc.,** *a Florida corporation*; **Scene of Lincoln Road, Inc.,** *a Florida corporation*; **J R P Group Holdings, Inc.,** *a Florida corporation d/b/a* Scene' *d/b/a* Scene of Gulfstream Park; **Poco Paradisco,** *a business entity of unknown makeup*; and **Does 1-10**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance in this action of the undersigned law firm, TUCKER IP, as counsel for the Defendants, JRP Group Investments, LLC; JRP Gropu Incorporated; Xotshoes.Com Corp; Sobe Shoe Company; South Beach Shoe Co.; Westland Mall, Inc; MIXX of Pembroke Gardens, Inc.; Xot Shoes of Sawgrass, Inc.; MIXX of Sawgrass Mills, Inc.; X.O.T. of Pembroke Lakes Mall, Inc.; Scene of Lincoln Road, Inc.; J R P Group Holdings,

Inc.; Poco Paradisco.  All counsel of record are requested to serve all pleadings and other papers in this action on the undersigned counsel.

July 24, 2015

Respectfully submitted,

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Tucker IP
Florida Bar No. 90047
110 S.E. 6th Street, Suite 1709
Fort Lauderdale, FL 33301
mtucker@tuckeriplaw.com
Telephone: (954) 204-0444
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Matthew Sean Tucker