**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 15-cv-61456-COHN/SELTZER

GUCCI AMERICA, INC.,

        Plaintiffs,

vs.

JRP GROUP INVESTMENTS, L.L.C., a
Florida limited liability company; JRP
GROUP, INCORPORATED, a Florida
corporation; XOTSHOES.COM CORP., a
Florida corporation, et al.

        Defendants.       /

**PLAINTIFF'S WITNESS LIST AND EXHIBIT LIST**
**IN CONNECTION WITH PRELIMINARY INJUNCTION**
**HEARING SCHEDULED FOR AUGUST 4, 2015**

Plaintiff, Gucci America, Inc. ("Gucci"), by and through its undersigned counsel, in compliance with the Court's Order Granting in Part and Denying in part *Ex Parte* Application for Entry of Temporary Restraining Order and Related Motions, and Setting Hearing on Motion for Preliminary Injunction, dated July 17, 2015 [DE 14], hereby submits the following list of witnesses whose direct testimony may be relied upon by Gucci at the hearing scheduled for August 4, 2015 at 9:30 a.m. in connection with Plaintiff's Application for Preliminary Injunction together with its list of exhibits:

**<u>WITNESS LIST</u>**

1. Jessica Haugen

2. Miriam Buckner

3. Joseph Musgrove

4. Eric Rosaler

5.  All witnesses identified Defendants' Witness List

6.  Any and all impeachment witnesses.

7.  Any and all rebuttal witnesses.

Plaintiff reserves the right to amend this witness and add any other fact witness(es) as they are discovered and/or found to be deemed necessary in this matter.

**<u>EXHIBIT LIST</u>**

1.  Declaration of Jessica Haugen ("Haugen Decl.") [DE 6]

2.  Gucci trademark registrations at issue - Exhibit 1 to Haugen Decl.

3.  Declaration of Miriam Buckner ("Buckner Decl.") [DE 8]

4.  Photographs of outside Defendants' storefront located at 1423 Washington Avenue, Miami Beach, Florida – Exhibit 1 to Buckner Decl.

5.  Photographs of the shoes purchased from the Defendants' storefront located at 1423 Washington Avenue, Miami Beach, Florida together with a photograph of the sales receipt issued – Exhibit 2 to Buckner Decl.

6.  Photographs of outside Defendants' storefront located at 609 Lincoln Road, Miami Beach, Florida – Exhibit 3 to Buckner Decl.

7.  Photographs of outside of Defendants' storefront located at 828 Lincoln Road, Miami Beach, Florida together with photographs of shoes bearing at least one of the Gucci Marks at issue on display and available for purchase at the Defendants' storefront – Exhibit 4 to Buckner Decl.

8.  Photographs of shoes purchased from Defendants' storefront located 828 Lincoln Road, Miami Beach, Florida together with photographs of the sales receipt issued and business card provided – Exhibit 5 to Buckner Decl.

9. Email, dated 4/20/15, sent to the Defendants' via customerservice@xotshoes.com – Exhibit 6 to Buckner Decl.

10. Email, dated 5/2/15, sent to one of the Defendants' employees – Exhibit 7 to Buckner Decl.

11. Declaration of Eric Rosaler ("Rosaler Decl.") [DE 7]

12. Photographs of outside of Defendants' storefront located 601 Silks Run Road, #1440, Hallandale Beach, Florida together with photographs of the shoes purchased and the sales receipt issued - Exhibit 1 to Rosaler Decl.

13. Photographs of outside of Defendants' storefront located 609 Lincoln Road, Miami Beach, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 2 to Rosaler Decl.

14. Photographs of outside of Defendants' storefront located 828 Lincoln Road, Miami Beach, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 3 to Rosaler Decl.

15. Photographs of outside of Defendants' storefront located at 1423 Washington Avenue, Miami Beach, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 4 to Rosaler Decl.

16. Photographs of outside of Defendants' storefront located at 441 Lincoln Road, Miami Beach, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 5 to Rosaler Decl.

17. Photographs of outside of Defendants' storefront located at 12801 West Sunrise Boulevard, #959, Sunrise, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 6 to Rosaler Decl.

18. Photographs of outside of Defendants' storefront located at 12801 West Sunrise Boulevard, #325, Sunrise, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 7 to Rosaler Decl.

19. Photographs of outside of Defendants' storefront located at 1675 West 49th Street, Hialeah, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 8 to Rosaler Decl.

20. Photographs of outside of Defendants' storefront located 506 SW 145th Terrace, Pembroke Pines, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 9 to Rosaler Decl.

21. Photographs of outside of Defendants' storefront located at 11401 Pines Boulevard, #130, Pembroke Pines, Florida together with photographs of the shoes purchased and the sales receipt issued – Exhibit 10 to Rosaler Decl.

22. Declaration of Joseph Musgrove ("Musgrove Decl.") [DE 9]

23. Webpage captures detailing 5/13/15 purchase of shoes from the Defendants via their website xotshoes.com - Exhibit 1 to Musgrove Decl.

24. Photographs of outer carton, shipping label, invoice, reusable bag, box and shoes received from the Defendants in connection with the 5/13/15 purchase via their website xotshoes.com – Exhibit 2 to Musgrove Decl.

25. Webpage captures and emails detailing 6/9/15 purchase of shoes from the Defendants via their website xotshoes.com – Exhibit 3 to Musgrove Decl.

26. Photographs of outer carton, shipping label, invoice, reusable bag, box, shoe horns and shoes received from the Defendants in connection with the 6/9/15 purchase via their website xotshoes.com – Exhibit 4 to Musgrove Decl.

27. Capture of homepage of the Defendants' website jrpgroupinc.com – Exhibit 5 to Musgrove Decl.

28. Printout obtained from the Florida Secretary of State's database for the Defendants' corporation JRP Group Incorporated – Exhibit 6 to Musgrove Decl.

29. Gucci's Verified Complaint [DE 1]

30. Gucci's Emergency *Ex Parte* Application for Temporary Restraining and Seizure Order; Preliminary Injunction; Substitute Custodian Order and Order Temporarily Sealing File [DE 4]

31. Corporate detail from the Florida Secretary of State's database re JRP Group Investments, L.L.C., a Florida limited liability company;

32. Corporate detail from the Florida Secretary of State's database re JRP Group, Incorporated, a Florida corporation;

33. Corporate detail from the Florida Secretary of State's database re Xotshoes.Com Corp., a Florida corporation;

34. Corporate detail from the Florida Secretary of State's database re Sobe Shoe Company, a Florida corporation;

35. Corporate detail from the Florida Secretary of State's database re South Beach Shoe Co., a Florida corporation;

36. Corporate detail from the Florida Secretary of State's database re XOT Of Westland Mall, Inc., a Florida corporation;

37. Corporate detail from the Florida Secretary of State's database re MIXX Of Pembroke Gardens, Inc., a Florida corporation;

38. Corporate detail from the Florida Secretary of State's database re XOT Shoes Of Sawgrass, Inc., a Florida corporation;

39. Corporate detail from the Florida Secretary of State's database re MIXX Of Sawgrass Mills, Inc., a Florida corporation;

40. Corporate detail from the Florida Secretary of State's database re X.O.T. Of Pembroke Lakes Mall, Inc., a Florida corporation;

41. Corporate detail from the Florida Secretary of State's database re Scene Of Lincoln Road, Inc., a Florida corporation;

42. Corporate detail from the Florida Secretary of State's database re J R P Group Holdings, Inc., a Florida corporation, d/b/a Scene' d/b/a Scene of Gulfstream Park;

43. Corporate detail from the Florida Secretary of State's database re Poco Paradiso, a business entity of unknown makeup

44. WHOIS report downloaded from domaintools.com re xotshoes.com

45. Summons returned executed for each Named Defendant in this matter [DE 18 through DE 30]

Plaintiff reserves the right to amend this exhibit list and add any other documents as they are discovered and/or found to be deemed necessary in this matter.

DATED: July 31, 2015.                          Respectfully submitted,

                                               STEPHEN M. GAFFIGAN, P.A.

                                               By:   *s:/Stephen M. Gaffigan*_____
                                               Stephen M. Gaffigan (Fla. Bar No. 025844)
                                               401 East Las Olas Blvd., Suite 130-453
                                               Ft. Lauderdale, Florida 33301
                                               Telephone: (954) 767-4819
                                               Facsimile: (954) 767-4821
                                               E-mail: Stephen@smgpa.net
                                               Attorneys for Plaintiff, Gucci America, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY on this 31st day of July, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The undersigned also certifies that the foregoing document is being served this day on all parties of record identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

> Matthew Sean Tucker
> Tucker IP
> 110 SE 6th Street, #1709
> Ft. Lauderdale, Florida 33301
> Telephone: 954-204-0444
> Email:  954-204-0444
> Counsel for Defendants

> _____*s:/Stephen M. Gaffigan*_____
> Stephen M. Gaffigan