IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61456-JIC/BSS

**GUCCI AMERICA, INC.**,

    **Plaintiff,**

v.

**JRP Group Investments, LLC** *a Florida limited liability company*; **JRP Group, Incorporated,** *a Florida corporation*; **Xotshoes.Com Corp.,** *a Florida corporation*; **Sobe Shoe Company,** *a Florida corporation*; **South Beach Shoe Co.,** *a Florida corporation*; **Xot of Westland Mall, Inc.** *a Florida corporation*; **MIXX of Pembroke Gardens, Inc.,** *a Florida corporation*; **Xot Shoes of Sawgrass, Inc.** *a Florida corporation*; **MIXX of Sawgrass Mills, Inc.,** *a Florida corporation*; **X.O.T. of Pembroke Lakes Mall, Inc.,** *a Florida corporation*; **Scene of Lincoln Road, Inc.,** *a Florida corporation*; **J R P Group Holdings, Inc.,** *a Florida corporation d/b/a* Scene' *d/b/a* Scene of Gulfstream Park; **Poco Paradisco,** *a business entity of unknown makeup*; and **Does 1-10**

    **Defendants.**
_____/

### AGREED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT

Defendants JRP Group Investments, LLC *a Florida limited liability company*; JRP Group, Incorporated, *a Florida corporation*; Xotshoes.Com Corp., *a Florida corporation*; Sobe Shoe Company, *a Florida corporation*; South Beach Shoe Co., *a Florida corporation*; Xot of Westland Mall, Inc. *a Florida corporation*; MIXX of Pembroke Gardens, Inc. *a Florida corporation*; Xot Shoes of Sawgrass, Inc. *a Florida corporation*; MIXX of Sawgrass Mills,

Inc., *a Florida corporation*; X.O.T. of Pembroke Lakes Mall, Inc., *a Florida corporation*; Scene of Lincoln Road, Inc., *a Florida corporation*; J R P Group Holdings, Inc., *a Florida corporation d/b/a* Scene' *d/b/a* Scene of Gulfstream Park; Poco Paradisco, *a business entity of unknown makeup* (collectively "Defendants"), by and through their undersigned counsel, hereby move the Court for an extension of Defendants' deadline to respond to the Complaint, and in support thereof state as follows:

1. Plaintiff filed a Complaint in the above-captioned action July 14, 2015 [DE 1];

2. The various Defendants were served with a Summons and Complaint by letter dated on either July 17, 2015 or July 21, 2015.

3. Absent an extension, the deadline for Defendants to answer or otherwise respond to the Complaint is either August 7, 2015 or August 11, 2015 [DE 18 to DE 30].

4. The parties are presently engaged in settlement discussions. Extending Defendants' response deadline – thereby allowing the parties to focus their energy and resources solely on those efforts (without incurring litigation fees that would ultimately make settlement more difficult) – would significantly increase the likelihood of resolution without further Court involvement.

5. Plaintiff has agreed to the extension.

WHEREFORE, Defendants request that the Court enter the attached Proposed Agreed Order extending the time within which Defendant may answer, move, or otherwise respond to the Complaint through and including September 10, 2015.

Dated: August 3, 2015

Respectfully submitted,

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Tucker IP

Florida Bar No. 90047
2515 Marina Bay Drive West, No. 202
Fort Lauderdale, FL 33312
[mtucker@tuckeriplaw.com](mailto:mtucker@tuckeriplaw.com)
Telephone: (954) 204-0444
*Attorney for Defendants*

**CERTIFICATE OFF SERVICE**

      I hereby certify that on August 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Matthew Sean Tucker