IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61456-JIC/BSS

**GUCCI AMERICA, INC.**,

    **Plaintiff,**

v.

**JRP Group Investments, LLC** *a Florida limited liability company*; **JRP Group, Incorporated,** *a Florida corporation*; **Xotshoes.Com Corp.,** *a Florida corporation*; **Sobe Shoe Company,** *a Florida corporation*; **South Beach Shoe Co.,** *a Florida corporation*; **Xot of Westland Mall, Inc.** *a Florida corporation*; **MIXX of Pembroke Gardens, Inc.,** *a Florida corporation*; **Xot Shoes of Sawgrass, Inc.** *a Florida corporation*; **MIXX of Sawgrass Mills, Inc.,** *a Florida corporation*; **X.O.T. of Pembroke Lakes Mall, Inc.,** *a Florida corporation*; **Scene of Lincoln Road, Inc.,** *a Florida corporation*; **J R P Group Holdings, Inc.,** *a Florida corporation d/b/a* Scene' *d/b/a* Scene of Gulfstream Park; **Poco Paradisco,** *a business entity of unknown makeup*; and **Does 1-10**

    **Defendants.**

_____/

## NOTICE OF FILING DEFENDANTS' INVENTORY LIST

Defendants JRP Group Investments, LLC *a Florida limited liability company*; JRP Group, Incorporated, *a Florida corporation*; Xotshoes.Com Corp., *a Florida corporation*; Sobe Shoe Company, *a Florida corporation*; South Beach Shoe Co., *a Florida corporation*; Xot of Westland Mall, Inc. *a Florida corporation*; MIXX of Pembroke Gardens, Inc. *a Florida corporation*; Xot Shoes of Sawgrass, Inc. *a Florida corporation*; MIXX of Sawgrass Mills,

Inc., *a Florida corporation*; X.O.T. of Pembroke Lakes Mall, Inc., *a Florida corporation*; Scene of Lincoln Road, Inc., *a Florida corporation*; J R P Group Holdings, Inc., *a Florida corporation d/b/a* Scene' *d/b/a* Scene of Gulfstream Park; Poco Paradisco, *a business entity of unknown makeup* (collectively "Defendants"), by and through their undersigned counsel, hereby file an inventory identifying the number of goods which have been sequestered pursuant to the Consent Preliminary Injunction [DE 33], and in support thereof state as follows:

1. Defendants have have sequestered the following products:

| DESCRIPTION | HAND QTY |
| --- | --- |
| 3R-15 BLACK LEA | 28 |
| 3R-15 BRICK LEA | 16 |
| 3R-15 LT.BLUE | 12 |
| 3R-15 NAVY LEA | 27 |
| 3R-15 RED LEA | 14 |
| 3R-15 WHITE LEA | 18 |
| 3R-16 BLACK SDE | 12 |
| 3R-16 NAVY SDE | 17 |
| 3R-16 RED SDE | 14 |
| 3R-16 SAND SDE | 17 |
| 3R-3 BK/GRY LEAT | 19 |
| 3R-3 BLACK SDE | 49 |
| 3R-3 NAVY SDE | 68 |
| 3R-3 RED SDE | 19 |
| JCRTS-14 BLK SDE | 56 |
| JCRTS-14 NVY SDE | 54 |
| JCRTS-3 BLK SDE | 54 |
| JCRTS-3 NVY SDE | 30 |
| JIESE-11 BLK LEA | 7 |
| JIESE-11 LT.BLU | 8 |
| JIESE-7 BLK/BLK | 18 |
| JIESE-7 BLU/BLUE | 2 |
| MANI-4 BLACK LEA | 9 |
| MANI-4 L GLD LEA | 4 |
| MANI-4 WHITE LEA | 17 |
| MANI-7 BLACK SDE | 22 |

| | |
|---|---|
| MANI-7 L GLD LEA | 40 |
| MANI-7 RED SDE | 2 |
| MANI-7 WHITE LEA | 38 |
| RTS-14 BLACK SDE | 16 |
| RTS-14 NAVY SDE | 6 |
| RTS-14 RED SDE | 6 |
| TWORO-35 BLK LEA | 2 |
| TWORO-35 BLK SDE | 7 |
| TWORO-35 NAVY SD | 10 |
| TWORO-5 NAVY | 7 |
| XIN 05 BLACK LEA | 6 |
| XIN 05 GREEN LEA | 6 |
| XIN 05 NAVY LEAT | 6 |
| XIN 05 WHITE LEA | 14 |
| | |
| | 777 |

Dated: August 4, 2015

Respectfully submitted,
By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Tucker IP
Florida Bar No. 90047
2515 Marina Bay Drive West, No. 202
Fort Lauderdale, FL 33312
mtucker@tuckeriplaw.com
Telephone: (954) 204-0444
*Attorney for Defendants*

**CERTIFICATE OFF SERVICE**

I hereby certify that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Matthew Sean Tucker